FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 27 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> EILEEN AMADOR, <br><br> Defendant. | Case No. 8:18-cr-00216-JLS <br><br> ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Southern District of California for alleged violations of the terms and conditions of supervision; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ( X ) The defendant has not met defendant's burden of establishing by clear and convincing evidence that she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: *nature of current allegations, including several alleged instances of illegal drug use, prior criminal history, prior violation; lack of viable sureties*

and

B. ( X ) The defendant has not met defendant's burden of establishing by clear and convincing evidence that she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: *nature of current allegations, including several alleged instances of illegal drug use, prior criminal history, prior violation; lack of viable sureties*

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

Dated: 1-27-25

JOHN D. EARLY
United States Magistrate Judge